# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 18-00203-01/02-CR-W-RK ) |
| JOSE D. DREW, *et al.*, | ) ) ) |
| Defendants. | ) |

## MEMORANDUM OF MATTERS DISCUSSED AND ACTION TAKEN AT PRETRIAL CONFERENCE

**PENDING CHARGE**: On December 10, 2019, the Grand Jury returned a two-count Superseding Indictment charging Defendant Maurice D. Jefferson with two counts of being a felon in possession of a firearm and Defendant Drew with one count of being a felon in possession of a firearm.

The following matters were discussed and action taken during the pretrial conference:

**TRIAL COUNSEL**:
      Government:  Robert M. Smith and Joe Marquez
       Case Agent: Thomas Waggoner, ATF
      Defense: Defendant Drew - Anthony Bologna
         Defendant Jefferson – Sarah Grace Hess

**OUTSTANDING MOTIONS**:  No outstanding motions.

**TRIAL WITNESSES**:
      Government: 4 with stipulations; 4-6 without stipulations
      Defendants: Defendants Drew: 5-7 witnesses, including Defendant Drew
         Defendant Jefferson: no more than 5, including Defendant Jefferson

**TRIAL EXHIBITS:**
      Government: approximately 20 exhibits
      Defendants: approximately 20 combined exhibits

**DEFENSES**: General Denial

**POSSIBLE DISPOSITION**:

Defendant Drew
    (X) Definitely for trial; ( ) Possibly for trial; ( ) Likely a plea will be worked out
Defendant Jefferson
    ( ) Definitely for trial; ( ) Possibly for trial; (X) Likely a plea will be worked out

**TRIAL TIME: 3 days total**
    Government's case including jury selection: 2 ½ days
    Defendants: ½ day

**STIPULATIONS**: Possible stipulation as to interstate nexus.

**UNUSUAL QUESTIONS OF LAW:** No unusual questions of law.

**FILING DEADLINES:**

    **Witness and Exhibit List**
        Government: **Updated list(s) due on or before December 24, 2019.**
            Proposed Witness List filed 12/09/19.
        Defendants: **Updated list(s) due on or before December 24, 2019**.
            Defendant Drew: Proposed Witness List filed 12/09/19

    **Counsel are requested to list witnesses in alphabetical order on their witness list.**

    **Exhibit Index, if required by the District Court, Voir Dire, Jury Instructions: Due on or before January 2, 2020 at 10:00 a.m.**

Please Note: Jury instructions must comply with Local Rule 51.1

    **Motion in Limine: Due on or before January 2, 2020 at 10:00, a.m.**

**TRIAL SETTING**: Criminal jury trial docket set for January 6, 2020.

    **Please note:** Government requests second week due to availability of the DNA analyst, who is based in Washington D.C. The DNA can be here the first week but would prefer the second week. Defendant Drew requests the week of January 6, 2019, but has no conflict on the second week. Defendant Jefferson has no preference.

    **IT IS SO ORDERED**

                                               */s/ Lajuana M. Counts*
                                              LAJUANA M. COUNTS
                                              UNITED STATES MAGISTRATE JUDGE